The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DAVID L. STRIDER,<br><br>             Plaintiff,<br>v.<br><br>DEPARTMENT OF LABOR AND INDUSTRIES; RUSSELL JOHNSON; DEANNA JACKSON,<br>             Defendants. | NO. C06-5555RJB<br><br>DECLARATION OF RUSSELL JOHNSON IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

RUSSELL JOHNSON, being first duly sworn upon oath, declares:

1. I am over the age of eighteen years, am competent to testify, and I have personal knowledge of the matters stated herein.

2. I am a named defendant in this lawsuit.

3. I have never been personally served with a copy of the summons and complaint.

4. Defendant Deanna Jackson informed me that someone had left a copy of the summons and complaint on her chair. She saw that my name was on the documents and brought them to my office.

/
//
///

DECLARATION OF RUSSELL JOHNSON
NO. C06 5555 RJB

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Avenue, 3rd Floor
PO Box 2317
Tacoma, WA 98402-4411
(253) 593-5243

5. I have never waived my right to personal service.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 12th day of April, 2007, at Olympia, Washington.

*Russell Johnson*
RUSSELL JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William Fitzharris.   wfitzharris@kingmanpeabody.com

*/s/ Mark A. Anderson*
MARK A. ANDERSON, WSBA #26352
Assistant Attorney General
MarkA@atg.wa.gov, TorTacCE@atg.wa.gov

DECLARATION OF RUSSELL JOHNSON
NO. C06 5555 RJB

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Avenue, 3rd Floor
PO Box 2317
Tacoma, WA 98402-4411
(253) 593-5243